IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS THOMAS, #265390, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:13-cv-626-TMH |
| | ) [wo] |
| CHRISTOPHER GORDY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On January 6, 2014, the magistrate judge filed a recommendation in this case dismissing this 28 U.S.C. § 2254 petition without prejudice to afford Thomas an opportunity to exhaust all state court remedies available to him. No timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 11) is adopted and that this case is dismissed without prejudice.

Done this 10th day of March, 2014.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE